UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY MARTIN,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

    Defendants.

Case No. C06-1376L

ORDER STRIKING NOTICE OF WITHDRAWAL

On January 11, 2007, Equifax's counsel filed a Notice of Withdrawal and Substitution of Counsel. (Dkt. #13). However, according to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court." An order of substitution is not required if there is simply a change or addition of attorneys within the same law firm. In this case, however, counsel is seeking to withdraw and substitute attorneys from a different firm.

Accordingly, the notice of withdrawal is STRICKEN. Counsel will not be permitted to

ORDER STRIKING
NOTICE OF WITHDRAWAL - 1

withdraw until they comply with General Rule 2(g)(4)(A).

DATED this 12th day of January, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER STRIKING
NOTICE OF WITHDRAWAL - 2